# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**IN RE:**

SVETLOZAR ZURKOV | Case No.   26-10400-BFK
Chapter   7

*Debtor*.

## REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g) and 9007, that an entry be made on the Clerk's Matrix in this case and that all documents and pleadings filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be directed to the undersigned creditor whose mailing address, electronic mail address, telephone and facsimile numbers are set forth below:

> TREASURER, COUNTY of LOUDOUN, VIRGINIA
> ATTENTION: Collections/Bankruptcy Div.
> P. O. Box 347(MSC #31)
> Leesburg, Virginia 20178-0347
> Telephone:  (703) 771-5656
> Facsimile:    (703) 771-5015
> E-mail:  bankrupt@loudoun.gov

> Henry C. Eickelberg., Treasurer
> COUNTY of LOUDOUN
> By:     */s/ Melissa Denny*
> Deputy Treasurer Loudoun County

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Request for Notice was served on February 23, 2026, by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL: to Maurice Belmont VerStandig at mac@mbvesq.com, Counsel and to Lauren Friend McKelvey at vatrustee@reitlerlaw.com

*/s/ Melissa Denny*