# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** | |
| **Svetlozar Zurkov,** | Case No. 26-10400-BFK |
| **Debtor.** | Chapter 7 |

## NOTICE OF APPEARANCE

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Michael T. Freeman on behalf of Matthew W. Cheney, Acting United States Trustee, Region 4.

Date: February 23, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov