| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Svetlozar Zurkov | Social Security number or ITIN: | xxx–xx–3986 |
| | First Name  Middle Name  Last Name | EIN: \_\_–_____ | |
| Debtor 2: | | Social Security number or ITIN: \_\_\_\_ | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: \_\_–_____ | |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7   2/20/26 |
| Case number: | 26–10400–BFK | | |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Svetlozar Zurkov | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1100 Brickell Bay Drive Apartment 66N<br>Miami, FL 33131 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114–160<br>Potomac, MD 20854 | Contact phone (301) 444–4600<br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lauren Friend McKelvey<br>Reitler Kailas & Rosenblatt LLP<br>11921 Freedom Drive<br>Suite 550<br>Reston, VA 20190 | Contact phone 703–988–5340<br>Email: vatrustee@reitlerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: February 23, 2026 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 26, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 535 852 2867, and Passcode 8330439029, or call 1(703) 459 9273** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  May 26, 2026** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 14. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to* bankruptcynotices.uscourts.gov *or call, toll free: 877–837–3424. Case/docket information available @* www.vaeb.uscourts.gov

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                          page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 26-10400-BFK
Svetlozar Zurkov  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: LilianPal     Page 1 of 4
Date Rcvd: Feb 23, 2026     Form ID: 309A     Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Svetlozar Zurkov, 1100 Brickell Bay Drive Apartment 66N, Miami, FL 33131-3581 |
| 16967226 | + | Bill Divvy, 13707 S 200 W Suite 100, Draper, UT 84020-2443 |
| 16967227 | | Blue Vine Inc, 500 Arguello St FL 3, Redwood City, CA 94063-1566 |
| 16967228 | + | Brex, 650 S 500W Suite 300, Salt Lake City, UT 84101-2891 |
| 16967236 | | Chase Card Services, Attn: Bankruptcy, 15299, Wilmington, DE 19850 |
| 16967248 | + | Extra Space Storage, 1103 SW 3rd Ave, Miami, FL 33130-4015 |
| 16967253 | + | Grasshopper Bank, 261 5th Avenue, Suite 600, New York, NY 10016-7601 |
| 16967254 | + | Holly Funding LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |
| 16967256 | + | Innovative Lease Services, Inc., 2382 Faraday Ave, Suite 160, Carlsbad, CA 92008-7257 |
| 16967259 | ++ | MAISON CAPITAL GROUP INC, 4601 SHERIDAN ST, SUITE 320, HOLLYWOOD FL 33021-3433 address filed with court:, Maison Capital Group Inc., 4601 Sheridan St, Suite 320, Hollywood, FL 33021 |
| 16967260 | + | Morningstar Storage, 20820 Century Corner Dr, Ashburn, VA 20147-4071 |
| 16967263 | + | ODK Capital, LLC (d/b/a OnDeck), 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 16967264 | + | Panorama Tower Management, LLC,, 1100 Brickell Bay Drive, 18th Floor, Miami, FL 33131-3539 |
| 16967265 | + | SQ Advance Funding, 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399 |
| 16967266 | | Svetness Fitness and Nutrition Corporati, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967267 | | Svetness, Corp, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967277 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Feb 24 2026 00:54:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Roads, #114-160, Potomac, MD 20854 |
| tr | + | EDI: FLFMCKELVEY | Feb 24 2026 05:44:00 | Lauren Friend McKelvey, Reitler Kailas & Rosenblatt LLP, 11921 Freedom Drive, Suite 550, Reston, VA 20190-5635 |
| cr | ^ | MEBN | Feb 24 2026 00:53:50 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16967224 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:01:08 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 16967223 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:00:23 | Amex, PO Box 981535, El Paso, TX 79998-1535 |
| 16967222 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:01:09 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 16967225 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Feb 24 2026 00:55:00 | BayFirst National Bank, 700 Central Ave, Saint Petersburg, FL 33701-3631 |
| 16967230 | | EDI: CAPITALONE.COM | Feb 24 2026 05:44:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 26-10400-BFK    Doc 8    Filed 02/25/26    Entered 02/26/26 00:16:50    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0422-9 | User: LilianPal | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: 309A | Total Noticed: 63 |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16967229 | | EDI: CAPITALONE.COM | Feb 24 2026 05:44:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16967233 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967232 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Cbna, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 16967234 | | EDI: JPMORGANCHASE | Feb 24 2026 05:44:00 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16967235 | | EDI: JPMORGANCHASE | Feb 24 2026 05:44:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16967237 | | EDI: JPMORGANCHASE | Feb 24 2026 05:44:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16967238 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16967239 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Citi Card/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16967241 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 16967242 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16967240 | + | EDI: CITICORP | Feb 24 2026 05:44:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967244 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16967243 | | EDI: CITICORP | Feb 24 2026 05:44:00 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16967245 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2026 01:01:09 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16967246 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2026 01:00:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16967247 | | EDI: DISCOVER | Feb 24 2026 05:44:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16967249 | + | Email/Text: steve@foxbusinessfunding.com | Feb 24 2026 00:55:00 | Fox Funding Group, LLC, 803 S 21 Ave, Hollywood, FL 33020-6962 |
| 16967250 | + | Email/Text: steve@foxbusinessfunding.com | Feb 24 2026 00:55:00 | Fox Funding Group, LLC, 803 S 21st Avenue, Hollywood, FL 33020-6962 |
| 16967252 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 24 2026 00:55:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16967251 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 24 2026 00:55:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16967257 | | EDI: IRS.COM | Feb 24 2026 05:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16967258 | + | Email/Text: bankruptcy@kapitus.com | Feb 24 2026 00:55:00 | Kapitus LLC, 2500 Wilson Boulevard, Suite 350, Arlington, VA 22201-3873 |
| 16967261 | + | Email/Text: rzahradka@nationalfunding.com | Feb 24 2026 00:55:00 | National Funding, Inc, 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 16967262 | + | Email/Text: bankruptcy@ondeck.com | Feb 24 2026 00:56:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 16967268 | + | EDI: SYNC | Feb 24 2026 05:44:00 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16967269 | | EDI: SYNC | | |

District/off: 0422-9 | User: LilianPal | Page 3 of 4
Date Rcvd: Feb 23, 2026 | Form ID: 309A | Total Noticed: 63

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16967271 | | EDI: SYNC | Feb 24 2026 05:44:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16967270 | + | EDI: SYNC | Feb 24 2026 05:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16967272 | + | Email/Text: rbuck@thefundworks.com | Feb 24 2026 05:44:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| | | | Feb 24 2026 00:55:00 | The Fundworks, LLC, 299 South Main Street, Suite 1300 PMB 93, Salt Lake City, UT 84111-2241 |
| 16967273 | | Email/Text: BCN@timepayment.com | Feb 24 2026 00:56:00 | Timepayment Corp, LLC., Attn: Bankruptcy, 200 Summit Dr Ste 100, Burlington, MA 01803-5274 |
| 16967857 | ^ | MEBN | Feb 24 2026 00:53:51 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16967276 | ^ | MEBN | Feb 24 2026 00:52:39 | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 16967274 | | Email/Text: bankruptcy@bbandt.com | Feb 24 2026 00:55:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 16967275 | | Email/Text: bankruptcy@bbandt.com | Feb 24 2026 00:55:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 16967978 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Feb 24 2026 00:54:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16967278 | + | EDI: WFFC2 | Feb 24 2026 05:44:00 | Wells Fargo, Attn: Bankruptcy:, PO Box 393, Minneapolis, MN 55480-0393 |
| 16967279 | | EDI: WFAUTO | Feb 24 2026 05:44:00 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |
| 16967280 | | EDI: WFFC2 | Feb 24 2026 05:44:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16967221 | | Advance Service Group, LLC |
| 16967231 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967255 | *+ | Holly Funding, LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026         Signature:    /s/Gustava Winters

District/off: 0422-9 | User: LilianPal | Page 4 of 4
Date Rcvd: Feb 23, 2026 | Form ID: 309A | Total Noticed: 63

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lauren Friend McKelvey | vatrustee@reitlerlaw.com  LFM@trustesolutions.net |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 3