**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**NOTICE OF ELECTRONIC FILING PROCEDURE**

**Case Name:** Svetlozar Zurkov

**Case Number:** 26−10400−BFK   **Date Filed:** February 20, 2026

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  February 23, 2026                           Charri S Stewart
[VAN062vJul2025.jsp]                                Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                   Case No. 26-10400-BFK
Svetlozar Zurkov                                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                User: LilianPal                Page 1 of 4
Date Rcvd: Feb 23, 2026          Form ID: VAN062            Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Svetlozar Zurkov, 1100 Brickell Bay Drive Apartment 66N, Miami, FL 33131-3581 |
| 16967226 | + | Bill Divvy, 13707 S 200 W Suite 100, Draper, UT 84020-2443 |
| 16967227 | | Blue Vine Inc, 500 Arguello St FL 3, Redwood City, CA 94063-1566 |
| 16967228 | + | Brex, 650 S 500W Suite 300, Salt Lake City, UT 84101-2891 |
| 16967236 | | Chase Card Services, Attn: Bankruptcy, 15299, Wilmington, DE 19850 |
| 16967248 | + | Extra Space Storage, 1103 SW 3rd Ave, Miami, FL 33130-4015 |
| 16967253 | + | Grasshopper Bank, 261 5th Avenue, Suite 600, New York, NY 10016-7601 |
| 16967254 | + | Holly Funding LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |
| 16967256 | + | Innovative Lease Services, Inc., 2382 Faraday Ave, Suite 160, Carlsbad, CA 92008-7257 |
| 16967259 | ++ | MAISON CAPITAL GROUP INC, 4601 SHERIDAN ST, SUITE 320, HOLLYWOOD FL 33021-3433 address filed with court:, Maison Capital Group Inc., 4601 Sheridan St, Suite 320, Hollywood, FL 33021 |
| 16967260 | + | Morningstar Storage, 20820 Century Corner Dr, Ashburn, VA 20147-4071 |
| 16967263 | + | ODK Capital, LLC (d/b/a OnDeck), 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 16967264 | + | Panorama Tower Management, LLC,, 1100 Brickell Bay Drive, 18th Floor, Miami, FL 33131-3539 |
| 16967265 | + | SQ Advance Funding, 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399 |
| 16967266 | | Svetness Fitness and Nutrition Corporati, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967267 | | Svetness, Corp, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967277 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 24 2026 00:53:51 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16967224 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:01:10 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 16967223 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:00:50 | Amex, PO Box 981535, El Paso, TX 79998-1535 |
| 16967222 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2026 01:00:24 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 16967225 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Feb 24 2026 00:55:00 | BayFirst National Bank, 700 Central Ave, Saint Petersburg, FL 33701-3631 |
| 16967230 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 01:00:15 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967229 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 01:00:15 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16967233 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:22 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:27 | Cbna, PO Box 6181, Sioux Falls, SD 57117-6181 |

Case 26-10400-BFK   Doc 10   Filed 02/25/26   Entered 02/26/26 00:16:50   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0422-9 | User: LilianPal | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: VAN062 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16967234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 01:01:04 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16967235 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 01:00:44 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16967237 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 01:00:44 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16967238 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:27 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16967239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:22 | Citi Card/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16967241 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:24 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 16967242 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:22 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16967240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:22 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967244 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:27 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16967243 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 01:11:24 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16967245 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2026 01:00:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16967246 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2026 01:00:21 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16967247 | | Email/Text: mrdiscen@discover.com | Feb 24 2026 00:54:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16967249 | + | Email/Text: steve@foxbusinessfunding.com | Feb 24 2026 00:55:00 | Fox Funding Group, LLC, 803 S 21 Ave, Hollywood, FL 33020-6962 |
| 16967250 | + | Email/Text: steve@foxbusinessfunding.com | Feb 24 2026 00:55:00 | Fox Funding Group, LLC, 803 S 21st Avenue, Hollywood, FL 33020-6962 |
| 16967252 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 24 2026 00:55:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16967251 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 24 2026 00:55:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16967257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2026 00:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16967258 | + | Email/Text: bankruptcy@kapitus.com | Feb 24 2026 00:55:00 | Kapitus LLC, 2500 Wilson Boulevard, Suite 350, Arlington, VA 22201-3873 |
| 16967261 | + | Email/Text: rzahradka@nationalfunding.com | Feb 24 2026 00:55:00 | National Funding, Inc, 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 16967262 | + | Email/Text: bankruptcy@ondeck.com | Feb 24 2026 00:56:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 16967268 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 01:01:03 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16967269 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 01:01:03 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16967271 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 01:01:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16967270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 01:01:03 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

| District/off: 0422-9 | User: LilianPal | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: VAN062 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16967272 | + | Email/Text: rbuck@thefundworks.com | Feb 24 2026 00:55:00 | The Fundworks, LLC, 299 South Main Street, Suite 1300 PMB 93, Salt Lake City, UT 84111-2241 |
| 16967273 | | Email/Text: BCN@timepayment.com | Feb 24 2026 00:56:00 | Timepayment Corp, LLC., Attn: Bankruptcy, 200 Summit Dr Ste 100, Burlington, MA 01803-5274 |
| 16967857 | ^ | MEBN | Feb 24 2026 00:53:52 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16967276 | ^ | MEBN | Feb 24 2026 00:52:39 | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 16967274 | | Email/Text: bankruptcy@bbandt.com | Feb 24 2026 00:55:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 16967275 | | Email/Text: bankruptcy@bbandt.com | Feb 24 2026 00:55:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 16967978 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Feb 24 2026 00:54:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16967278 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 24 2026 01:01:07 | Wells Fargo, Attn: Bankruptcy:, PO Box 393, Minneapolis, MN 55480-0393 |
| 16967279 | | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Feb 24 2026 01:01:07 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |
| 16967280 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 24 2026 01:00:17 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16967221 | | Advance Service Group, LLC |
| 16967231 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967255 | *+ | Holly Funding, LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2026         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren Friend McKelvey | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 4 of 4 |
| Date Rcvd: Feb 23, 2026 | Form ID: VAN062 | Total Noticed: 61 |

                    vatrustee@reitlerlaw.com  LFM@trustesolutions.net

Matthew W. Cheney
                    ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig
                    on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com
                    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 3