IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:                                           )          Case No. 26-10400-BFK
                                                 )          (Chapter 7)
SVETLOZAR ZURKOV                                 )
                                                 )
          Debtor.                                )
                                                 )
_____        )

## MOTION TO ADMIT CHRISTIANNA CATHCART *PRO HAC VICE*

Comes now Svetlozar Zurkov (the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 2090-1(E)(3), and moves this Honorable Court to admit Christianna Cathcart ("Ms. Cathcart") *pro hac vice* and in support thereof states as follows:

1.      Ms. Cathcart is an attorney admitted to practice before the United States District and Bankruptcy Courts for the (i) District of North Dakota; (ii) District of Columbia; and (iii) Eastern District of Oklahoma.

2.      Ms. Cathcart has never been disbarred, suspended, or denied admission to practice law before any court.

3.      Ms. Cathcart understands that if she is admitted *pro hac vice* in the above-referenced matter, she will be subject to the disciplinary jurisdiction of this Honorable Court.

4.      Ms. Cathcart's written application is attached hereto as Exhibit A and incorporated herein by reference.

5.      Local counsel for the Debtor will be the undersigned, who is formally admitted to practice before this Honorable Court and who knows Ms. Cathcart, personally and professionally, and attests to the exemplary nature of her character and legal acumen.

6.      Local counsel for the Debtor appreciates the role of local counsel under the Local Rules of this Honorable Court and is prepared to discharge the duties attendant thereto.

1

7.      Insofar as "[n]o response period or notice of motion is required for a motion for pro

hac vice admission," Local Rule 2090-1(E)(3), no formal notice is appended hereto.

Respectfully Submitted,

Dated: March 24, 2026                    By:    /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                Bar No. 81556
                                                The VerStandig Law Firm, LLC
                                                1452 W. Horizon Ridge Pkwy, #665
                                                Henderson, Nevada 89012
                                                Phone: (301) 444-4600
                                                Facsimile: (301) 444-4600
                                                mac@dcbankruptcy.com
                                                *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March, 2026, a copy of the foregoing was

served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2