**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
__ALEXANDRIA__   **DIVISION**


**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

**In Case No.:** 26-10400-BFK   ,* **Case Name** Svetlozar Zurkov

PERSONAL STATEMENT

FULL NAME (no initials, please) Christianna Cathcart
Bar Identification Number 10095                State North Dakota
Firm Name The VerStandig Law Firm, LLC
Firm Phone # 301-444-4600            Direct Dial # (701) 970-2770        FAX # 301-444-4600
E-Mail Address christianna@dcbankruptcy.com
Office **Mailing** Address 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036
Name(s) of federal court(s) in which I have been admitted North Dakota, District of Columbia, E.D. Oklahoma


I am a member in good standing of the Bar of the following United States District Court(s): _____

North Dakota, District of Columbia, E.D. Oklahoma                                              .

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/s/ Christianna Cathcart
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Maurice B. VerStandig                    03/24/2026
(Signature)                                  (Date)

Maurice B. VerStandig
(Typed or Printed Name)

_____
*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

[ver. 01/22]