IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:                                             )            Case No. 26-10400-BFK
                                                   )            (Chapter 7)
SVETLOZAR ZURKOV                                   )
                                                   )
            Debtor.                                )
_____                )

**ORDER GRANTING MOTION TO ADMIT**
**CHRISTIANNA CATHCART _PRO HAC VICE_**

Upon consideration of the Motion to Admit Christianna Cathcart _Pro Hac Vice_ (the "Motion"), the declaration appended thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Christianna Cathcart be, and hereby is, ADMITTED _PRO HAC VICE_, to represent the debtor in this chapter 7 case and any related proceedings, in accordance with the provisions and limitations of Local Rule 2090-1(E)(3).

Dated: Mar 24 2026

/s/ Brian F Kenney
Hon. Brian F. Kenney, Chief Judge
United States Bankruptcy Court for
the Eastern District of Virginia

Entered on Docket: Mar 24 2026

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

## Local Bankruptcy Rule 9022-1 Certification

I hereby certify that this proposed order has been signed by all necessary parties and,

more specifically, that insofar as motions for admission *pro hac vice* are administrative in nature

and do not require notice be given to other parties, I do not believe any other parties in interest

were required to review and/or endorse this order prior to its submission.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.