**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In re:

Svetlozar Zurkov,                                                Case No.  26-10400-BFK

      Debtor.                                              Chapter 7

**MOTION FOR AN ORDER DIRECTING SVETLOZAR ZURKOV TO
PROVIDE ORAL TESTIMONY AND DOCUMENTS
PURSUANT TO RULE 2004 EXAMINATION**

Matthew W. Cheney, Acting United States Trustee for Region 4, by and through his undersigned counsel, moves for an Order Directing Svetlozar Zurkov (the "Debtor"), to provide oral testimony pursuant to a Rule 2004 Examination for the reasons stated below:

1. On February 20, 2026, the Debtor commenced this proceeding by filing a voluntary Chapter 7 petition. (Doc. No. 1). The Debtor signed the petition under penalty of perjury.

2. Lauren Friend McKelvey was appointed the chapter 7 trustee in this case.

3. On February 20, 2026, the Debtor filed his Schedules and Statement of Financial Affairs.  Doc. No. 1.

4. The 341 Meeting of Creditors is currently scheduled for March 26, 2026.

5. Bankruptcy Rule 2004(a) states that "[o]n motion of any party interest, the Court may order the examination of any entity."

6. Information received by the United States Trustee leads him to believe that the Debtor i) may have made false oaths and/or omissions in his Schedules and Statement of

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

Financial of Affairs filed with the Court; or ii) otherwise may have engaged in a course of conduct such that his discharge should be denied.

7.      The examination will relate only to the acts, conduct, property, or to the liabilities and financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate or the Debtor's right to discharge. The United States Trustee wants to examine the Debtor regarding this chapter 7 filing.

8.      Rule 2004(c) provides for the production of documents.  The United States Trustee also requests Svetlozar Zurkov to produce for inspection and copying the following documents:

   a. Signed complete copies of federal and state tax returns filed by Svetlozar Zurkov for 2023, 2024 and 2025. Copies should include all attachments filed with each return.

   b. Signed complete copies of federal and state tax returns for <u>any entity</u> that Svetlozar Zurkov has or had an interest in for 2023, 2024 and 2025.  Copies should include all attachments filed with each return.

   c. Copies of any and all deeds, settlement statements, and closing documentation regarding any and all real property owned or transferred by Svetlozar Zurkov within the last five years.

   d. All formation documents, operating agreements, and any amendments thereof of all entities owned or controlled by Svetlozar Zurkov or that Svetlozar Zurkov has/had an interest in within the last five years. Detail Svetlozar Zurkov's ownership interest and/or role with the entity(ies). Documents should include articles of incorporation/formation, annual reports, changes of registered agent, articles of

amendment and list of all officers and members, stockholder agreements, and stockholder agreement addendums.

e. Copies of all books and ledgers, to include balance sheets and profit and loss statements, for 2024, 2025 and 2026 for any entity listed in paragraph 8d.

f. Copies of any deeds, titles, asset purchase agreements, settlement statements, appraisals of any and all assets (including real property) owned, controlled, or transferred by Svetlozar Zurkov and/or any entity listed in paragraph 8d within the last four years.

g. Documentation of all assets of the entities described in paragraph 8d and location where the entities' assets are located. Documentation should include a list of any and all assets and which should provide a description of each item, the current estimated value of item and, if item was sold, sale date, sale price, name and contact information for purchaser.

h. Provide complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes bank statements for any accounts that may have been closed during that time.

i. Provide complete bank statements and copies of cancelled checks for any and all brokerage accounts that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes bank statements for any accounts that may have been closed during that time.

j.  Complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Svetlozar Zurkov's wife has or had an interest in; or has/had control of from 2024 to the present. This request includes bank statements for any accounts that may have been closed during that time.

k.  Documentation regarding any and all PayPal and/or Venmo accounts owned or controlled by Svetlozar Zurkov in the past two years.

l.  Documentation regarding any and all interests, accounts, exchanges, wallets, coins, or holdings related to or associated with cryptocurrency owned or controlled by Svetlozar Zurkov. Provide complete statements for any and all of the assets in the preceding sentence that Svetlozar Zurkov owns or owned or had/had control of from 2024 to the present. This includes statements for any accounts that may have been closed during that time.

m.  Copies of any and all credit card statements for any and all credit cards that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes credit card statements for any accounts that may have been closed during that time.

n.  True and accurate copies of all documentation (i.e. paystub, W2, etc.) of Svetlozar Zurkov's income from any source for 2024, 2025 and 2026.

Wherefore, the United States Trustee moves the Court to enter an order i) requiring Svetlozar Zurkov to appear and submit to an examination under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, at the U.S. Trustee Office located at 1725 Duke Street, Suite 650, Alexandria, Virginia 22314 or by video conference, on the date and time specified in a written notice of the 2004 examination. Such examination is to be recorded by a

certified court reporter; and ii) requiring Svetlozar Zurkov to produce for inspection and copying

the requested documents or file any objection to the production of those documents within 30

days of the entry of the order.

Date: April 8, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing Motion along with the Proposed Order with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Svetlozar Zurkov
1100 Brickell Bay Drive, Apartment 66N
Miami, FL 33131

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, robert.w.ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Lauren Friend McKelvey wdctrustee@spencerfane.com,
LFM@trustesolutions.net;vatrustee@reitlerlaw.com

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist