**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Svetlozar Zurkov,** | **Case No. 26-10400-BFK** |
| **Debtor.** | **Chapter 7** |

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR 2004
EXAMINATION OF DEBTOR SVETLOZAR ZURKOV**

This matter came before the Court on the motion of the Acting United States Trustee for Region 4 for an order requiring **SVETLOZAR ZURKOV** to provide oral testimony and documents pursuant to Bankruptcy Rule 2004(a).

It appearing to the court that the request relief should be granted, and the Debtor having consented to the relief herein as evidenced by counsel's signature to this Order.

**IT IS HEREBY ORDERED that:**

1. The Acting United States Trustee's motion is granted. The Acting U.S. Trustee is authorized to conduct a 2004 examination of **SVETLOZAR ZURKOV** who shall appear and testify under oath at the Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, Virginia 22314 or by video conference, on the date and time specified in a written notice of the 2004 examination, to be given by the Acting United States Trustee, pursuant to this Order. Such examination is to be recorded by a court reporter.

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

2.    **SVETLOZAR ZURKOV** shall produce for the Office of the United States Trustee, within 30 days of the entry of this order:

a.  Signed complete copies of federal and state tax returns filed by Svetlozar Zurkov for 2023, 2024 and 2025. Copies should include all attachments filed with each return.

b.  Signed complete copies of federal and state tax returns for any entity that Svetlozar Zurkov has or had an interest in for 2023, 2024 and 2025.  Copies should include all attachments filed with each return.

c.  Copies of any and all deeds, settlement statements, and closing documentation regarding any and all real property owned or transferred by Svetlozar Zurkov within the last five years.

d.  All formation documents, operating agreements, and any amendments thereof of all entities owned or controlled by Svetlozar Zurkov or that Svetlozar Zurkov has/had an interest in within the last five years. Detail Svetlozar Zurkov's ownership interest and/or role with the entity(ies). Documents should include articles of incorporation/formation, annual reports, changes of registered agent, articles of amendment and list of all officers and members, stockholder agreements, and stockholder agreement addendums.

e.  Copies of all books and ledgers, to include balance sheets and profit and loss statements, for 2024, 2025 and 2026 for any entity listed in paragraph 8d.

f.  Copies of any deeds, titles, asset purchase agreements, settlement statements, appraisals of any and all assets (including real property) owned, controlled, or transferred by Svetlozar Zurkov and/or any entity listed in paragraph 8d within the last four years.

g.  Documentation of all assets of the entities described in paragraph 8d and location where the entities' assets are located. Documentation should include a list of any and all assets and which should provide a description of each item, the current estimated value of item and, if item was sold, sale date, sale price, name and contact information for purchaser.

h.  Provide complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes bank statements for any accounts that may have been closed during that time.

i.  Provide complete bank statements and copies of cancelled checks for any and all brokerage accounts that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes bank statements for any accounts that may have been closed during that time.

j.  Complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Svetlozar Zurkov's wife has or had an interest in; or has/had control of from 2024 to the present. This request includes bank statements for any accounts that may have been closed during that time.

k.  Documentation regarding any and all PayPal and/or Venmo accounts owned or controlled by Svetlozar Zurkov in the past two years.

l.  Documentation regarding any and all interests, accounts, exchanges, wallets, coins, or holdings related to or associated with cryptocurrency owned or controlled by Svetlozar

3

Zurkov. Provide complete statements for any and all of the assets in the preceding sentence that Svetlozar Zurkov owns or owned or had/had control of from 2024 to the present. This includes statements for any accounts that may have been closed during that time.

m. Copies of any and all credit card statements for any and all credit cards that Svetlozar Zurkov and/or any entity listed in paragraph 8d has or had opened; has had an interest in; or has/had control of from 2024 to the present. This includes credit card statements for any accounts that may have been closed during that time.

n. True and accurate copies of all documentation (i.e. paystub, W2, etc.) of Svetlozar Zurkov's income from any source for 2024, 2025 and 2026.

The clerk shall serve by first class mail a copy of this order or give electronic notice of the entry of this order on the docket, to the parties listed below.


Dated:            _____

                                         Brian F. Kenney
                                         Chief United States Bankruptcy Judge


I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

4

**SEEN AND AGREED:**

*/s/ Christianna Cathcart (by MTF with permission via email)*
Maurice B. VerStandig, Esq.
Bar No. 81556
Christianna Cathcart, Esq.
Bar No. 10095
The Belmont Firm
1050 Connecticut NW, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
mac@dcbankruptcy.com
christianna@dcbankruptcy.com
*Counsel for the Debtor*


### Certificate of Endorsement by All Parties

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.


*/s/ Michael T. Freeman*
Michael T. Freeman


**Copies To**:

Svetlozar Zurkov
1100 Brickell Bay Drive, Apartment 66N
Miami, FL 33131

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, robert.w.ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Lauren Friend McKelvey wdctrustee@spencerfane.com,
LFM@trustesolutions.net;vatrustee@reitlerlaw.com

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email