# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26−10400−BFK
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Svetlozar Zurkov
1100 Brickell Bay Drive Apartment 66N
Miami, FL 33131

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3986

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **July 6, 2026**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: April 7, 2026                                  For the Court,

Address of the Bankruptcy Court                      Charri S Stewart, Clerk
200 South Washington Street                          United States Bankruptcy Court
Alexandria, VA 22314

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 26-10400-BFK |
| Svetlozar Zurkov | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 07, 2026 | Form ID: 2040 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Svetlozar Zurkov, 1100 Brickell Bay Drive Apartment 66N, Miami, FL 33131-3581 |
| 16967226 | + | Bill Divvy, 13707 S 200 W Suite 100, Draper, UT 84020-2443 |
| 16967227 | | Blue Vine Inc, 500 Arguello St FL 3, Redwood City, CA 94063-1566 |
| 16967228 | + | Brex, 650 S 500W Suite 300, Salt Lake City, UT 84101-2891 |
| 16967236 | | Chase Card Services, Attn: Bankruptcy, 15299, Wilmington, DE 19850 |
| 16967248 | + | Extra Space Storage, 1103 SW 3rd Ave, Miami, FL 33130-4015 |
| 16967253 | + | Grasshopper Bank, 261 5th Avenue, Suite 600, New York, NY 10016-7601 |
| 16967254 | + | Holly Funding LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |
| 16967256 | + | Innovative Lease Services, Inc., 2382 Faraday Ave, Suite 160, Carlsbad, CA 92008-7257 |
| 16967259 | ++ | MAISON CAPITAL GROUP INC, 4601 SHERIDAN ST, SUITE 320, HOLLYWOOD FL 33021-3433 address filed with court:, Maison Capital Group Inc., 4601 Sheridan St, Suite 320, Hollywood, FL 33021 |
| 16967260 | + | Morningstar Storage, 20820 Century Corner Dr, Ashburn, VA 20147-4071 |
| 16967263 | + | ODK Capital, LLC (d/b/a OnDeck), 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 16967264 | + | Panorama Tower Management, LLC,, 1100 Brickell Bay Drive, 18th Floor, Miami, FL 33131-3539 |
| 16967265 | + | SQ Advance Funding, 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399 |
| 16967266 | | Svetness Fitness and Nutrition Corporati, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967267 | | Svetness, Corp, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967277 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Apr 08 2026 04:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | ^ | MEBN | Apr 08 2026 01:00:22 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16980383 | | EDI: ATLASACQU | Apr 08 2026 04:49:00 | Atlas Acquisitions LLC, Attn: Avi Schild, on behalf of Square Funding Cali, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16967224 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 01:08:33 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 16967223 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 01:08:34 | Amex, PO Box 981535, El Paso, TX 79998-1535 |
| 16967222 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 01:08:33 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 16967225 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Apr 08 2026 01:03:00 | BayFirst National Bank, 700 Central Ave, Saint Petersburg, FL 33701-3631 |
| 16967230 | | EDI: CAPITALONE.COM | Apr 08 2026 04:49:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967229 | | EDI: CAPITALONE.COM | | |

District/off: 0422-9 User: admin Page 2 of 4

Date Rcvd: Apr 07, 2026 Form ID: 2040 Total Noticed: 63

| | | | |
|---|---|---|---|
| | | Apr 08 2026 04:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16967233 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967232 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Cbna, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 16967234 | EDI: JPMORGANCHASE | | |
| | | Apr 08 2026 04:49:00 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16967235 | EDI: JPMORGANCHASE | | |
| | | Apr 08 2026 04:49:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16967237 | EDI: JPMORGANCHASE | | |
| | | Apr 08 2026 04:49:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16967238 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16967239 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Citi Card/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16967241 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 16967242 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16967240 | + EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967244 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16967243 | EDI: CITICORP | | |
| | | Apr 08 2026 04:49:00 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16967245 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 08 2026 01:08:58 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16967246 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 08 2026 01:08:58 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16967247 | EDI: DISCOVER | | |
| | | Apr 08 2026 04:49:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16967249 | + Email/Text: steve@foxbusinessfunding.com | | |
| | | Apr 08 2026 01:03:00 | Fox Funding Group, LLC, 803 S 21 Ave, Hollywood, FL 33020-6962 |
| 16967250 | + Email/Text: steve@foxbusinessfunding.com | | |
| | | Apr 08 2026 01:03:00 | Fox Funding Group, LLC, 803 S 21st Avenue, Hollywood, FL 33020-6962 |
| 16967252 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 08 2026 01:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16967251 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 08 2026 01:02:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16967257 | EDI: IRS.COM | | |
| | | Apr 08 2026 04:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16967258 | + Email/Text: bankruptcy@kapitus.com | | |
| | | Apr 08 2026 01:03:00 | Kapitus LLC, 2500 Wilson Boulevard, Suite 350, Arlington, VA 22201-3873 |
| 16967261 | + Email/Text: rzahradka@nationalfunding.com | | |
| | | Apr 08 2026 01:03:00 | National Funding, Inc, 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 16967262 | + Email/Text: bankruptcy@ondeck.com | | |
| | | Apr 08 2026 01:04:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 16967268 | + EDI: SYNC | | |
| | | Apr 08 2026 04:49:00 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16967269 | EDI: SYNC | | |
| | | Apr 08 2026 04:49:00 | Synchrony Bank, Attn: Bankruptcy, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 965065, Orlando, FL 32896-5065 |
| 16967271 | | EDI: SYNC | Apr 08 2026 04:49:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16967270 | + | EDI: SYNC | Apr 08 2026 04:49:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16967272 | + | Email/Text: rbuck@thefundworks.com | Apr 08 2026 01:03:00 | The Fundworks, LLC, 299 South Main Street, Suite 1300 PMB 93, Salt Lake City, UT 84111-2241 |
| 16967273 | | Email/Text: BCN@timepayment.com | Apr 08 2026 01:03:00 | Timepayment Corp, LLC., Attn: Bankruptcy, 200 Summit Dr Ste 100, Burlington, MA 01803-5274 |
| 16967857 | ^ | MEBN | Apr 08 2026 01:00:23 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16967276 | ^ | MEBN | Apr 08 2026 00:59:55 | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 16967274 | | Email/Text: bankruptcy@bbandt.com | Apr 08 2026 01:03:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 16967275 | | Email/Text: bankruptcy@bbandt.com | Apr 08 2026 01:03:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 16967978 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 08 2026 01:02:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16967278 | + | EDI: WFFC2 | Apr 08 2026 04:49:00 | Wells Fargo, Attn: Bankruptcy:, PO Box 393, Minneapolis, MN 55480-0393 |
| 16967279 | | EDI: WFAUTO | Apr 08 2026 04:49:00 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |
| 16967280 | | EDI: WFFC2 | Apr 08 2026 04:49:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16967221 | | Advance Service Group, LLC |
| 16967231 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967255 | *+ | Holly Funding, LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026          Signature:          /s/Gustava Winters

District/off: 0422-9

Date Rcvd: Apr 07, 2026

User: admin

Form ID: 2040

Page 4 of 4

Total Noticed: 63

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov  robert.w.ours@usdoj.gov |
| Lauren Friend McKelvey | wdctrustee@spencerfane.com  LFM@trustesolutions.net;vatrustee@reitlerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |

TOTAL: 5