# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26–10400–BFK
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Svetlozar Zurkov
1100 Brickell Bay Drive Apartment 66N
Miami, FL 33131

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–3986

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA

## SECOND
## NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF DEBTOR EDUCATION

**Our records reflect that a Certificate of Debtor Education has not been filed.**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a Certificate of Debtor Education.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a Certificate of Debtor Education must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file a Certificate of Debtor Education within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certificate will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a Certificate of Debtor Education, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:  May 12, 2026

(ntcfnmgtSecondvDec2024.jsp)

Charri S Stewart
Clerk of Court

*NOTE: A Certificate of Debtor Education must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

**ATTENTION DEBTORS:**
**Receive your court notices and orders by mail through the DeBN program.**
**Same–day delivery. Convenient Access. Free.**
**Go to *www.vaeb.uscourts.gov* for more information and to download the request form.**

United States Bankruptcy Court

Eastern District of Virginia

In re:

Svetlozar Zurkov

Debtor

Case No. 26-10400-BFK

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9

Date Rcvd: May 12, 2026

User: LilianPal

Form ID: fnmgt215

Page 1 of 1

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Svetlozar Zurkov, 1100 Brickell Bay Drive Apartment 66N, Miami, FL 33131-3581

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name                         Email Address**

Kristen S. Eustis

on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov  robert.w.ours@usdoj.gov

Lauren Friend McKelvey

wdctrustee@spencerfane.com
jyoung@spencerfane.com;alanderson@spencerfane.com;lfm@trustesolutions.net;bcollins@spencerfane.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig

on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

TOTAL: 5