**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Svetlozar Zurkov** | Social Security number or ITIN   xxx–xx–3986 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Virginia

Case number:   26–10400–BFK

## Discharge of Debtor

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Svetlozar Zurkov

June 4, 2026

**For the court:**       Charri S Stewart
                         Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Discharge of Debtor**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318       **Discharge of Debtor**      

United States Bankruptcy Court

Eastern District of Virginia

In re:

Svetlozar Zurkov

     Debtor

Case No. 26-10400-BFK

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: LilianPal | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 318 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Svetlozar Zurkov, 1100 Brickell Bay Drive Apartment 66N, Miami, FL 33131-3581 |
| 17048350 | + | ADVANCE SERVICE GROUP, LLC, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 16967226 | + | Bill Divvy, 13707 S 200 W Suite 100, Draper, UT 84020-2443 |
| 16967227 | | Blue Vine Inc, 500 Arguello St FL 3, Redwood City, CA 94063-1566 |
| 16967228 | + | Brex, 650 S 500W Suite 300, Salt Lake City, UT 84101-2891 |
| 16967236 | | Chase Card Services, Attn: Bankruptcy, 15299, Wilmington, DE 19850 |
| 16967248 | + | Extra Space Storage, 1103 SW 3rd Ave, Miami, FL 33130-4015 |
| 16967253 | + | Grasshopper Bank, 261 5th Avenue, Suite 600, New York, NY 10016-7601 |
| 16967254 | + | Holly Funding LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |
| 16967256 | + | Innovative Lease Services, Inc., 2382 Faraday Ave, Suite 160, Carlsbad, CA 92008-7257 |
| 16967259 | ++ | MAISON CAPITAL GROUP INC, 4601 SHERIDAN ST, SUITE 320, HOLLYWOOD FL 33021-3433 address filed with court:, Maison Capital Group Inc., 4601 Sheridan St, Suite 320, Hollywood, FL 33021 |
| 16967260 | + | Morningstar Storage, 20820 Century Corner Dr, Ashburn, VA 20147-4071 |
| 16967263 | + | ODK Capital, LLC (d/b/a OnDeck), 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 16967264 | + | Panorama Tower Management, LLC,, 1100 Brickell Bay Drive, 18th Floor, Miami, FL 33131-3539 |
| 16967265 | + | SQ Advance Funding, 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399 |
| 16967266 | | Svetness Fitness and Nutrition Corporati, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967267 | | Svetness, Corp, P.O. Box 2924, Leesburg, VA 20177-7930 |
| 16967277 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Jun 05 2026 04:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | ^ | MEBN | Jun 05 2026 00:41:13 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16980383 | | EDI: ATLASACQU | Jun 05 2026 04:37:00 | Atlas Acquisitions LLC, Attn: Avi Schild, on behalf of Square Funding Cali, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 17055819 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:53:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16967224 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:53:11 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 16967223 | + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:53:11 | Amex, PO Box 981535, El Paso, TX 79998-1535 |
| 16967222 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:53:11 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 16967225 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Jun 05 2026 00:46:00 | BayFirst National Bank, 700 Central Ave, Saint Petersburg, FL 33701-3631 |

District/off: 0422-9                    User: LilianPal                                    Page 2 of 4

Date Rcvd: Jun 04, 2026                 Form ID: 318                                        Total Noticed: 73

| 16967230 | EDI: CAPITALONE.COM | Jun 05 2026 04:37:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|
| 16967229 | EDI: CAPITALONE.COM | Jun 05 2026 04:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 17028588 | + EDI: AIS.COM | Jun 05 2026 04:37:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16967233 | EDI: CITICORP | Jun 05 2026 04:37:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967232 | EDI: CITICORP | Jun 05 2026 04:37:00 | Cbna, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 16967234 | EDI: JPMORGANCHASE | Jun 05 2026 04:37:00 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16967235 | EDI: JPMORGANCHASE | Jun 05 2026 04:37:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16967237 | EDI: JPMORGANCHASE | Jun 05 2026 04:37:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16967238 | EDI: CITICORP | Jun 05 2026 04:37:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16967239 | EDI: CITICORP | Jun 05 2026 04:37:00 | Citi Card/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16967241 | EDI: CITICORP | Jun 05 2026 04:37:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 16967242 | EDI: CITICORP | Jun 05 2026 04:37:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16967240 | + EDI: CITICORP | Jun 05 2026 04:37:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16967244 | EDI: CITICORP | Jun 05 2026 04:37:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16967243 | EDI: CITICORP | Jun 05 2026 04:37:00 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16967245 | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 00:53:11 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16967246 | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 00:53:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16967247 | EDI: DISCOVER | Jun 05 2026 04:37:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16967249 | + Email/Text: julie@foxbusinessfunding.com | Jun 05 2026 00:46:00 | Fox Funding Group, LLC, 803 S 21 Ave, Hollywood, FL 33020-6962 |
| 16967250 | + Email/Text: julie@foxbusinessfunding.com | Jun 05 2026 00:46:00 | Fox Funding Group, LLC, 803 S 21st Avenue, Hollywood, FL 33020-6962 |
| 16967252 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2026 00:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16967251 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2026 00:45:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16967257 | EDI: IRS.COM | Jun 05 2026 04:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17035678 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 05 2026 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16967258 | + Email/Text: bankruptcy@kapitus.com | Jun 05 2026 00:46:00 | Kapitus LLC, 2500 Wilson Boulevard, Suite 350, |

District/off: 0422-9 | User: LilianPal | Page 3 of 4
Date Rcvd: Jun 04, 2026 | Form ID: 318 | Total Noticed: 73

| | | | Arlington, VA 22201-3873 |
| 17063181 | | Email/Text: BankruptcyECFMail@mccalla.com | |
| | | Jun 05 2026 00:45:00 | JPMorgan Chase Bank, N.A., McCalla Raymer Leibert Pierce, LLP, c/o Ernest Yazzetti, Jr., 1544 Old Alabama Road, Roswell GA 30076 |
| 16967261 | + | Email/Text: rzahradka@nationalfunding.com | |
| | | Jun 05 2026 00:46:00 | National Funding, Inc, 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 16967262 | + | Email/Text: bankruptcy@ondeck.com | |
| | | Jun 05 2026 00:46:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 17063086 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 05 2026 00:53:04 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16967268 | + | EDI: SYNC | |
| | | Jun 05 2026 04:37:00 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16967269 | | EDI: SYNC | |
| | | Jun 05 2026 04:37:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16967271 | | EDI: SYNC | |
| | | Jun 05 2026 04:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16967270 | + | EDI: SYNC | |
| | | Jun 05 2026 04:37:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16967272 | + | Email/Text: rbuck@thefundworks.com | |
| | | Jun 05 2026 00:46:00 | The Fundworks, LLC, 299 South Main Street, Suite 1300 PMB 93, Salt Lake City, UT 84111-2241 |
| 17016103 | + | Email/Text: BCN@timepayment.com | |
| | | Jun 05 2026 00:46:00 | TimePayment Corp., 400 TradeCenter, Suite 6950, Woburn, MA 01801-7476 |
| 16967273 | | Email/Text: BCN@timepayment.com | |
| | | Jun 05 2026 00:46:00 | Timepayment Corp, LLC., Attn: Bankruptcy, 200 Summit Dr Ste 100, Burlington, MA 01803-5274 |
| 16967857 | ^ | MEBN | |
| | | Jun 05 2026 00:41:15 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16967276 | ^ | MEBN | |
| | | Jun 05 2026 00:42:18 | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 16967274 | | Email/Text: bankruptcy@bbandt.com | |
| | | Jun 05 2026 00:45:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 16967275 | | Email/Text: bankruptcy@bbandt.com | |
| | | Jun 05 2026 00:45:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 17065070 | + | Email/Text: bankruptcy@bbandt.com | |
| | | Jun 05 2026 00:45:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16967978 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | |
| | | Jun 05 2026 00:45:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16967278 | + | EDI: WFFC2 | |
| | | Jun 05 2026 04:37:00 | Wells Fargo, Attn: Bankruptcy:, PO Box 393, Minneapolis, MN 55480-0393 |
| 17062225 | + | EDI: WFHOME | |
| | | Jun 05 2026 04:37:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 17063470 | | EDI: WFCCSBK | |
| | | Jun 05 2026 04:37:00 | Wells Fargo Bank, N.A., PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |
| 16967279 | | EDI: WFAUTO | |
| | | Jun 05 2026 04:37:00 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |
| 16967280 | | EDI: WFFC2 | |
| | | Jun 05 2026 04:37:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16967221 | | Advance Service Group, LLC |
| 17061815 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061866 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061868 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061870 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061872 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061808 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061812 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 17061814 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16967231 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16967255 | *+ | Holly Funding, LLC, 10800 Biscayne Blvd, Suite 630, Miami, FL 33161-7496 |
| 17035724 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 17035725 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 17035726 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov  robert.w.ours@usdoj.gov |
| Lauren Friend McKelvey | wdctrustee@spencerfane.com jyoung@spencerfane.com;alanderson@spencerfane.com;lfm@trustesolutions.net;bcollins@spencerfane.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |

TOTAL: 5