**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-10400-BFK** |
| **Svetlozar Zurkov,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY COUNSEL**

Lauren Friend McKelvey, Trustee ("Applicant"), the duly appointed Chapter 7 trustee for Svetlozar Zurkov ("Debtor"), by and through the undersigned proposed counsel, pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, applies for entry of an Order appointing and designating Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP to perform legal services for the Trustee, upon the following grounds:

1. Applicant is the duly qualified and acting Trustee in this case.

2. To perform her duties, Applicant requires the services of attorneys for the following purposes:

a. To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate and concerning Applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

b. To appear for, prosecute, defend and represent Applicant's interest in suits arising in or related to this case;

c. To investigate and prosecute preference and other actions arising under the Trustee's avoidance powers;

d. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate;

e. To consult with and advise Applicant in connection with the operation of or the termination of the operation of the business of the Debtor;

Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

f. To assist the Applicant in carrying out her duties in connection with any pension, retirement or benefit plan which may have been created or maintained by the Debtor for the benefit of the Debtors and/or employees of the Debtors; and

g. To assist in such other matters as Applicant may require.

3. For the foregoing and all other necessary and proper purposes, Applicant desires to retain generally the law firm of Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP (collectively, "Proposed Counsel"), as counsel for the Trustee.

4. Because Proposed Counsel has experience in bankruptcy, corporate reorganization, and debtor/creditor matters, and because of its particular experience in Chapter 7 Trustee representation, Applicant feels that Proposed Counsel is well qualified to render the foregoing services.

5. Based upon the Declaration attached hereto, Applicant believes that Proposed Counsel and its partners do not hold or represent any interest adverse to that of your Applicant or the Debtor's estate and are disinterested persons within the meaning of 11 U.S.C. §101(14). Further, Applicant believes that Proposed Counsel has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that: Proposed Counsel is presently representing Trustee McKelvey in her capacity as Chapter 7 Trustee in cases that are entirely unrelated to the instant case and which remain pending; Gordon P. Peyton, now deceased and formerly a partner in the Redmon Firm, previously served on the panel of Chapter 7 Trustees under the supervision of the U.S. Trustee before this Court; the undersigned counsel and Joseph A. Guzinski, former Assistant United States Trustee, were both members of the Board of Directors of the Northern Virginia Bankruptcy Bar Association, and the current Assistant United States Trustee, Michael Freeman, is now a member of the Board of Directors of the NVBBA.

6. Proposed counsel shall seek compensation at its normal and customary hourly rates which in this case will be $475.00 per hour for Mr. Marino, and for any out-of-pocket expenses incurred. Counsel's charges and work shall be subject to review by the Court and other interested parties at all

times, and counsel shall not draw nor receive any funds or compensation without court approval after notice and hearing.

WHEREFORE Applicant prays that she be authorized to employ Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP, generally, as her attorneys, to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Dated: September 22, 2026

Respectfully submitted,
/s/ Robert M. Marino
Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of September, 2026, a true copy of the foregoing Application was sent via email to the Office of the U.S. Trustee at Michael.T.freeman@usdoj.gov, and via Notice of Electronic Filing to all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Robert M. Marino
Robert M. Marino