**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-10400-BFK** |
| **Svetlozar Zurkov,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

**DECLARATION OF PROPOSED ATTORNEY ROBERT M. MARINO**

I, Robert M. Marino, in connection with that certain *Trustee's Application to Employ Counsel* (the "Application") filed in the above-captioned Chapter 7 case, hereby declare under penalty of perjury as follows:

1. I am an attorney at law, duly admitted to practice in the Commonwealth of Virginia and before the Court in this District and Division. I am presently a partner in the law firm of Redmon Peyton & Braswell, LLP, with offices located at 510 King Street, Suite 301, Alexandria, VA 22314.

2. I have read the *Application*, and the representations therein are accurate with respect to the purposes, terms and conditions of my employment.

3. To the best of my knowledge, information and belief, I have no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, except that: I am presently representing Trustee McKelvey in her capacity as Chapter 7 Trustee in cases that are entirely unrelated to the instant case and which remain pending; Gordon P. Peyton, now deceased and formerly a partner in the Redmon Firm, previously served on the panel of Chapter 7 Trustees under the supervision of the U.S. Trustee before this Court; the undersigned counsel and Joseph A. Guzinski, former Assistant United States Trustee, were both members of the Board of Directors of the Northern Virginia Bankruptcy Bar Association, and the current Assistant United States Trustee, Michael Freeman, is now a member of the Board of Directors of the NVBBA.

4. I do not believe that I hold any interest adverse to the bankruptcy estate herein.

Dated: September 22, 2026

/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria VA 22314
703-879-2676
Email: rmmarino@rpb-law.com