**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Svetlozar Zurkov,** | ) | **Case No. 26-10400-BFK** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

# ORDER

UPON CONSIDERATION of the *Application* of Lauren Friend McKelvey, Chapter 7 Trustee ("Applicant"), for an Order authorizing and designating Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP (collectively, "Proposed Counsel"), to perform legal services on behalf of the Trustee and upon the Declaration of Robert M. Marino submitted in support thereof; and it

APPEARING to the Court that Proposed Counsel is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Applicant is in the best interests of the bankruptcy estate; it is therefore

ORDERED that Lauren Friend McKelvey, Trustee is authorized to employ Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP, generally, as counsel for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated:

______________________________
Brian F. Kenney
Chief Judge

Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

I ASK FOR THIS:

/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

SEEN AND NO OBJECTION:

________________________________________
Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Certification Pursuant to Local Rule 9-22-1(C)**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

COPIES TO:

Lauren Friend McKelvey
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20036

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 2231

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314