**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-10400-BFK** |
| **Svetlozar Zurkov,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

**ORDER**

UPON CONSIDERATION of the *Application* of Lauren Friend McKelvey, Chapter 7 Trustee ("Applicant"), for an Order authorizing and designating Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP (collectively, "Proposed Counsel"), to perform legal services on behalf of the Trustee and upon the Declaration of Robert M. Marino submitted in support thereof; and it

APPEARING to the Court that Proposed Counsel is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Applicant is in the best interests of the bankruptcy estate; it is therefore

ORDERED that Lauren Friend McKelvey, Trustee is authorized to employ Robert M. Marino, Esquire and the law firm of Redmon, Peyton & Braswell, LLP, generally, as counsel for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: Sep 25 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Sep 25 2026

Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

I ASK FOR THIS:

/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
Proposed Counsel for Lauren Friend McKelvey, Trustee

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman (with written permission)
Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Certification Pursuant to Local Rule 9-22-1(C)**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

COPIES TO:

Lauren Friend McKelvey
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20036

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 2231

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-10400-BFK
Svetlozar Zurkov Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LilianPal Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 26 2026 02:29:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov robert.w.ours@usdoj.gov |
| Lauren Friend McKelvey | wdctrustee@spencerfane.com jyoung@spencerfane.com;alanderson@spencerfane.com;lfm@trustesolutions.net;bcollins@spencerfane.com;lmckelvey@spencerfane.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Svetlozar Zurkov mac@mbvesq.com |

lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

Robert M. Marino
on behalf of Trustee Lauren Friend McKelvey rmmarino@rpb-law.com rmmarino1@aol.com

TOTAL: 6